UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M & J INVESTMANET CO PTP, an Oregon General Partnership; REXEL, INC., a Delaware Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-02426-JAM-CKD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### **ORDER**

The Court, having considered the Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the Parties, finds that this action shall be dismissed with prejudice. Each party is to bear its own fees and costs.

Dated:　2/12/2015　　　/s/ John A. Mendez
　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE